| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

HOUSTON DIVISION

| MARIO A. LUNA | § | |
| | § | |
| | § | C.A. NO. 11-2648 |
| v. | § | CR. NO. 04-326-1 |
| | § | |
| | § | |
| UNITED STATES OF AMERICA | § | |

ORDER

Pursuant to 28 U.S.C. §636(b)(1) and General Order 80-5, this case is REFERRED to United States Magistrate Judge Frances Stacy.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on July 20, 2011.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT